UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAVIN SANTJER,<br><br>              Plaintiff,<br><br>   v.<br><br>RHINO NORTHWEST, LLC, et al.,<br><br>              Defendants. | C18-456 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Rhino Northwest, LLC (the "Defendant"), removed this case from King County Superior Court on the basis of diversity jurisdiction. *See* Notice of Removal, docket no. 1. Having reviewed Defendant's removal papers and corresponding documents, the Court is not satisfied of its subject-matter jurisdiction over this dispute. Defendant is DIRECTED, within fourteen (14) days of this Minute Order, to file a disclosure under penalty of perjury (1) identifying all of its members and owners; and (2) indicating the state of which each of its members and owners was a citizen at the time the complaint was filed. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990); *Johnson v. Columbia Prop. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (for purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens.").

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of June, 2018.

                                                         William M. McCool
                                                         Clerk

                                                         s/Karen Dews
                                                         Deputy Clerk

MINUTE ORDER - 1