UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GAVIN SANTJER,

        Plaintiff,

v.

RHINO NORTHWEST, LLC, and JOHN DOES 1-5,

        Defendants.

C18-456 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Rhino Northwest LLC's motion for summary judgment, docket no. 16, is DENIED. There are genuine issues of material fact as to whether Rhino Northwest, LLC's employees were "borrowed servants" of First & Goal at the time of plaintiff's injury. *See* <u>Davis v. Early Const. Co.</u>, 63 Wn.2d 252 (1963); <u>Campbell v. State</u>, 129 Wn. App. 10, 21 (2005) (key factor is whether the servant is in the "exclusive control of the special employer at the time of the transaction.") Plaintiff has also presented issues of fact regarding the elements of causation and duty in his negligence claim. *See* Santjer Decl., docket no. 21, ¶¶ 7-10.

(2) The Court DIRECTS the parties to mediate this case by July 22, 2019.

(3) The parties are DIRECTED to show cause by July 5, 2019, why the John Does 1-5 defendants should not be dismissed without prejudice.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of June, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1