UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GAVIN SANTJER,

        Plaintiff,

   v.

RHINO NORTHWEST, LLC,

        Defendant.

C18-456 TSZ

ORDER

Counsel having advised the Court that this matter has been resolved, docket no. 34, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 7th day of August, 2019.

                                                       */s/ Thomas S. Zilly*
                                                       Thomas S. Zilly
                                                       United States District Judge

ORDER - 1